# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**AGUSTIN JR BURGOS,**

    **Plaintiff,**

v.                                                  **Case No. 4:22-cv-36-AW-MJF**

**G. HEWETT, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's April 18, 2022 Report and Recommendation. ECF No. 6. No objections have been filed. I have determined the Report and Recommendation should be adopted. It is now ORDERED:

1. The Report and Recommendation (ECF No. 6) is adopted and incorporated into this order.

2. The clerk will enter a judgment that says, "This case is dismissed without prejudice for Plaintiff's failure to prosecute, failure to pay the filing fee, and failure to follow a court order."

3. The clerk will close the file.

SO ORDERED on May 25, 2022.

                                              s/ *Allen Winsor*
                                              United States District Judge